**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KENDRA HAFFONEY** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **THERAPY SOURCE, INC.** | : | |
| **NOAH RING (individually)** | : | **NO. 24-1491** |

<u>**ORDER**</u>

**NOW**, this 16th day of July, 2024, the issues between the parties having been resolved, it is **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, without costs, pursuant to the agreement of the parties and Local Rule 41.1(b).

_____
TIMOTHY J. SAVAGE, J.